UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LAWRENCE PEREZ, | No. SACV 11-108-R (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| JAMES A. YATES, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: Nov. 15, 2012

_____
MANUEL L. REAL
United States District Judge